# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EMERALD CONSULTING PARTNERS, LLC

              CASE NO.:

   Plaintiff,

v.

MESSNER REEVES LLP,

   Defendant.

_____ /

## NOTICE OF REMOVAL

Defendant, MESSNER REEVES LLP, by and through undersigned counsel, files its Notice of Removal of the above-styled cause pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446 from the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida in which this action is pending, to the United States District Court, Middle District of Florida, Tampa Division, and in support of removal would show the Court the following:

1. This is an action brought by Emerald Consulting Partners, LLC ("Emerald") against Defendant Messner Reeves LLP for alleged defamatory statements relating to a lawsuit filed by Emerald in California.

2. Removal is appropriate under 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

3.    This Notice of Removal is timely filed within thirty days of service pursuant to 28 U.S.C. § 1446(b).

4.    Plaintiffs' Complaint, together with public records and evidence provided by Declaration pursuant to 28 U.S.C. §1746, establish that this Court has subject matter jurisdiction over this matter.

5.    Plaintiff filed this action in state court in the Sixth Judicial Circuit Court in and for Pasco County, Florida, on June 22, 2025.  Defendant was served with Plaintiff's Complaint on June 30, 2025. *See Complaint, Filing # 225752224; E-Filed 03/21/2023, attached as* **Exhibit "A."**

6.    Plaintiff is a Florida limited liability company with its principal place of business in Pasco County, Florida. *Id*. at ¶ 13. The members of Emerald are Jonathan Fodera, a citizen of Florida, and Titan Strategic Partners, LLC, a New Jersey limited liability company. *See Electronic Articles of Organization for Emerald Consulting Partners, LLC,* attached as **Exhibit "B."** The members of Titan Strategic Partners, LLC, are Saleem Elmasri, Thomas Murphy, and Vanessa Cannata, all citizens of New Jersey. *See Certificate of Formation for Titan Strategic Partners, LLC,* attached as **Exhibit "C."**

7.    Defendant is a Colorado limited liability partnership with its principal office in Denver, Colorado. **Exhibit "A"** at ¶ 14. *See Declaration of Jim Smith, attached as* **Exhibit "D."** Defendant's partners are Bryant S.

"Corky" Messner, P.C., a Colorado corporation; Bruce A. Montoya, P.C., a Colorado corporation; David A. Reeves, P.C., a Colorado corporation; Douglas C. Wolanske, Inc., a Colorado corporation; Torben M. Welch, P.C., a Utah corporation; M. Caleb Meyer, P.C. a Colorado corporation; Michelle L. Harden, P.C., a Colorado corporation; Matthew R. Sullivan, P.C., a Colorado corporation; Jon B. Zimmerman, P.C., a California corporation; KMH, P.C., a California corporation; ASH7, P.C., a California Corporation; MPJ, P.C., a Colorado corporation; and SWM ESQ, P.C. a California corporation. *Exhibit "D"* at ¶ 3.

8.    For purposes of diversity jurisdiction, a limited liability company is a citizen of any state in which a member of the company is a citizen. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). A partnership is a citizen of each state in which any of its partners are citizens. *Id.* at 1021.

9.    Plaintiff seeks compensatory damages "believed to exceed $1,500,000," and punitive damages "in excess of $5,000,000." *Exhibit "A"* at 18.

10.    In this case, Plaintiff is a citizen of Florida and New Jersey. Defendant is a citizen of Colorado, Utah, and Nevada. The amount in controversy exceeds $75,000 exclusive of interest and costs.

11.    Plaintiff's Complaint, together with the additional evidence

identified herein, establish that this Court has subject matter jurisdiction over this matter.  *See **Exhibits "A" through "D."***

12.    A copy of this Notice will be timely filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida.

13.    Defendant files with this Notice true and correct copies of all pleadings filed in the above-captioned state action.

14.    Written notice of the filing of this Notice of Removal on this date has been given to Plaintiff, by and through Plaintiff's attorney of record, Kenneth E. Chase, Chase Law & Associates, P.A., 951 Yamato Road, Suite 280, Boca Raton, FL 33431, *via* email to kchase@chaselaw.com.

15.    The undersigned certifies that Defendant has consented to the removal of this action from the Sixth Judicial Circuit Court in and for Pasco County, Florida, to the United States District Court, Middle District, Tampa Division.

16.    Pursuant to Fed. R. Civ. P. 81(c)(2), Defendant will have seven days from filing this Notice of Removal within which to move, answer or present other defenses to Plaintiff's Complaint.

17.    The undersigned counsel is authorized by Defendant to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, Defendant Messner Reeves LLP, respectfully requests

this Court remove the Pasco County action to this Court pursuant to the provisions of 28 U.S.C. §1441.

Respectfully submitted this 21st day of July 2025.

GORDON REES SCULLY MANSUKHANI

**_s/ Elizabeth E. Shuman_**
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Elizabeth E. Shuman, Esquire
Florida Bar No.: 1011587
Primary: kmarsh@grsm.com
Primary: eshuman@grsm.com
Secondary: mxguzman@grsm.com
Secondary: jsimpson@grsm.com
Tertiary: TampaPleadings@grsm.com
100 S. Ashley Dr., Suite 1350
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct): 813-367-3211
Facsimile: 813-377-3505
*Counsel for Defendant, Messner Reeves LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Kenneth E. Chase
Florida Bar No.: 17661
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Fax: (305) 402-2725
Email: kchase@chaselaw.com
*Attorneys for Plaintiff*

GORDON REES SCULLY MANSUKHANI

*s/ Elizabeth E. Shuman*
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Elizabeth E. Shuman, Esquire
Florida Bar No.: 1011587
Primary: kmarsh@grsm.com
Primary: eshuman@grsm.com
Secondary: mxguzman@grsm.com
Secondary: jsimpson@grsm.com
Tertiary: TampaPleadings@grsm.com
100 S. Ashley Dr., Suite 1350
Tampa, FL 33602
Telephone (Main): 813-444-9700
Telephone (Direct): 813-367-3211
Facsimile: 813-377-3505
*Counsel for Defendant, Messner Reeves LLP*