# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EMERALD CONSULTING
PARTNERS, LLC,

    Plaintiff,

v.                                                      Case No: 8:25-cv-1915-CEH-AEP

MESSNER REEVES LLP,

    Defendant.

_____

## ORDER

This cause comes before the Court on review of the Plaintiff's Response to Order to Show Cause (Doc. 22) and the parties' Case Management Report (Doc. 24) filed on December 16, 2025, in response to the Court's Order to Show Cause, entered on November 21, 2025 (Doc. 21). After review of the parties' Case Management Report (Doc. 24) and the Plaintiff's response (Doc. 22), the Court will take no further action on the Order to Show Cause (Doc. 21), and it is hereby **DISCHARGED**.

**DONE AND ORDERED** in Tampa, Florida on December 16, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties